# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. CR 11-858-CAS |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | REVOCATION OF SUPERVISED |
| CLIFFORD JONES, | ) | RELEASE AND JUDGMENT |
| Defendant. | ) | |

On November 3, 2011, this matter came before the Court on Petition on Probation and Supervised Release originally filed on September 14, 2011. Government counsel, Cathy Ostiller, the defendant and his appointed attorney, DFPD Nadine Hettle, were present. The U.S. Probation Officer, Michael Rasper, was also present.

The defendant admits violation of his supervised release, as stated in the Petition filed on September 14, 2011. The Court further finds that the defendant is in violation of the terms and conditions of her supervised release imposed on June 21, 2000.

IT IS ORDERED AND ADJUDGED, upon the findings of the Court, defendant's supervised release is hereby revoked. The defendant is hereby committed to the custody of the Bureau of Prisons for a term of four (4) months, with fifty (50) months of supervised release to follow, under the same terms and conditions as previously imposed on June 21, 2000. It is further ordered, as a special condition of supervision, the defendant shall reside

at a residential re-entry center (RRC), for a period not to exceed four months, and shall comply with all rules and regulations of the RRC, until discharged by the program director, with the approval of the Probation Officer.

  IT IS ORDERED that the Clerk deliver a copy of this judgment to the United States Marshal or other qualified officer and that said copy shall serve as the commitment of defendant.

FILE/DATED: November 3, 2011

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

TERRY NAFISI, CLERK

By: \_\_\_/S/_____
  Rita Sanchez, Deputy Clerk